|   |   |
|---|---|
| 1 | SCOTT SCHOOLS |
|   | United States Attorney |
| 2 | 450 Golden Gate Ave (11th Floor) |
|   | San Francisco, CA 94102 |
| 3 | Telephone: (415) 436-7200 |
| 4 | Attorneys for the United States |

**FILED**

SEP 18 2007

NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,   )   CRIMINAL NO. CR07-70551 PVT
            Plaintiff,                )
                                      )   NOTICE OF PROCEEDINGS ON
    v.                                )   OUT-OF-DISTRICT CRIMINAL
                                      )   CHARGES PURSUANT TO RULES
Jared Beckman,                        )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                      )   OF CRIMINAL PROCEDURE
            Defendant.                )
                                      )

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on __9/18/07__, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment    ☐ Information    ☐ Criminal Complaint    ☒ Other _____

pending in the __Western__ District of __Washington__, Case Number __CR05-5783-001__

In that case, the defendant is charged with a violation(s) of Title(s) ____ United States Code, Section(s) __Supervised Release Violation__

Description of Charges: _____.

Respectfully Submitted,
SCOTT SCHOOLS
UNITED STATES ATTORNEY

Date: __Sept 18, 2007__

_____
Assistant U.S. Attorney

1

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | CASE NUMBER: CR05-5783FDB |
| JARED C BECKMAN | |

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **JARED C BECKMAN** _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment ___ Information ✓ Probation/Supervised Release Violation Petition

charging him or her with:

Violation of Supervised Release

1. Failing to report change in residence and employment on or before April 27, 2007, 10 days prior to any change in residence and/or employment, in violation of standard condition number six.

2. Failing to submit monthly supervision reports for the months of April and May, 2007, in violation of standard condition number two.

3. Failing to report as instructed by his probation officer to provide a DNA sample on May 8, 2007, in violation of standard condition number three and the general condition that the defendant obey all Federal, State and local laws.

in violation of Title ___ United States Code, Section(s) _____

Rhonda Miller
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

June 11, 2007 at Tacoma, WA
Date and Location

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

Bail fixed at _____ by _____  By _____
                                      Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C
(01/05)

# United States District Court
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jared C. Beckman                                Case Number: CR05-5783-001

Name of Judicial Officer: The Honorable Franklin D. Burgess

Date of Original Sentence: 04/30/01                               Date of Report: 6/5/07

Original Offense: Importation of Marijuana and Possession with Intent to Distribute

Original Sentence: 60 months custody, four years TSR

Type of Supervision: Supervised Release                           Date Supervision Commenced: 08/24/06

Assistant U.S. Attorney: Susan B. Dohrmann                        Defense Attorney: Linda Sullivan

Special Conditions Imposed:

    ☒ Substance Abuse    ☐ Financial Disclosure    ☐ Restitution

    ☐ Mental Health    ☐ Fine    ☐ Community Service

    ☒ Other: search; RRC for up to 120 days; not enter Mexico; and resolve all outstanding warrants

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

The probation officer believes that Jared C. Beckman has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to report change in residence and employment on or before April 27, 2007, 10 days prior to any change in residence and/or employment, in violation of standard condition number six. |
| 2. | Failing to submit monthly supervision reports for the months of April and May, 2007, in violation of standard condition number two. |
| 3. | Failing to report as instructed by his probation officer to provide a DNA sample on May 8, 2007, in violation of standard condition number three and the general condition that the defendant obey all Federal, state and local laws. |

We incorporate by reference the information contained in the attached memorandum.



05-CR-05783-ORD

Page 2

The Honorable Franklin D. Burgess
Petition for Warrant or Summons
for Offender Under Supervision

RE:    BECKMAN, Jared C.

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ____ years, for a total term of ____ years.

☐ The condition of supervision should be modified as follows:

☒ Detention pending final adjudication due to
  ☒ risk of flight.
  ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of June, 2007.

Jennifer J. Tien
Senior U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer
BY: _____
Kathi Stringer
Supervising U.S. Probation Officer

JJT
6/6/07

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ No Action Approved
☒ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other:

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

Signature of Judicial Officer

6/11/07
Date