AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings



# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEP 18 2007

UNITED STATES OF AMERICA

v.

Jared Beckman

Defendant

WAIVER OF RULE ~~32.1~~ HEARINGS 5(c)(2)
(Probation/Supervised Release Violation)

CASE NUMBER: CR 07-70551 PVT

CHARGING DISTRICTS
CASE NUMBER: 05-5783-001

I understand that charges are pending in _Western_ District of _Washington_ alleging violation of _Supervised Release_ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred her) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(x) identity hearing

(x) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Request a detention in charging district_

_Jared Beckman_
Defendant

_9/17/07_
Date

_[signature]_
Defense Counsel