**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking **FILED**
Clerk

2007 OCT -5  P 4: 46    September 19, 2007

General Court Number
408.535.5363

RICHARD W. WIEKING
CLERK

**Clerk of Court**
**U.S. District Court - Western Washington**
NO. DIST. OF CA. S.J.
3100 US Courthouse
1717 Pacific Ave.,
Tacoma, WA 98402-3226

```
┌─────────────────────────────────┐
│ ___ FILED ___ LODGED             │
│ ___ RECEIVED                     │
│                                  │
│        SEP 2 4 2007              │
│                                  │
│   CLERK U.S. DISTRICT COURT      │
│ WESTERN DISTRICT OF WASHINGTON   │
│         AT TACOMA                │
│ BY                      DEPUTY   │
└─────────────────────────────────┘
```

Case Name:        **US-v-Jared Beckman**
Case Number:      **5-07-70551-PVT   (Your Case# CR 05-5783FDB)**
Charges:          **Supervised Release Violation**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

       (X)    The U.S. Marshal has been ordered to remove this defendant
             to your district forthwith.
       ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
                    original Rule 5 affidavit
                      original minute orders
          certified copy of *AO 94, Commitment to Another District*
                  Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

            Sincerely yours,

            RICHARD WIEKING, Clerk

            by: _____
               Case Systems Administrator

Enclosures
cc: Financial Office

--------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____CR05- 5783FDB_____.

Date: __9/24/07_____

                              **CLERK, U.S. DISTRICT COURT**

                              By _____
                                 Deputy Clerk